UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GABRIEL GOMEZ, individually and on behalf of all others similarly situated,

                         Plaintiff,                        **NOTICE OF MOTION**

    -against-

OXYGEN HOOKAH & SMOKE INC. and MARWAN A. MAHDI, as an individual,                **Case No.: 1:20-cv-06688 (JPO)**

                        Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Attorney Affirmation in Support of Default Judgment, averred to on the 15th day of January, 2021, together with the supporting exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff, will move this Court before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court, for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order granting Plaintiff's Motion to Enter a Default Judgment against Defendants OXYGEN HOOKAH & SMOKE INC. and MARWAN A. MAHDI, as an individual, and for such other and further relief as this Court deems equitable and proper.

Dated:        Kew Gardens, New York
               January 15, 2021

                                                   Roman Avshalumov, Esq.
                                                   Helen F. Dalton & Associates, PC
                                                   *Attorneys for Plaintiff*
                                                   80-02 Kew Gardens Road, Suite 601
                                                   Kew Gardens, New York 11415
                                                   Telephone: 718-263-9591

1

**TO:**

**OXYGEN HOOKAH & SMOKE INC.**
**81 E BURNSIDE AVENUE**
**BRONX, NEW YORK, 10453**

**MARWAN A. MAHDI**
**81 E BURNSIDE AVENUE**
**BRONX, NEW YORK, 10453**